CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case: 3:21-cv-9236-JD |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notic**e of Voluntary Dismissal With Prejudice |
| DELATORRE PROPERTIES LLC, a California Limited Liability Company; SUPER TAQUERIA RESTAURANTS INC., a California Corporation | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Delatorre Properties LLC, a California Limited Liability Company and Super Taqueria Restaurants Inc., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 1, 2022                              CENTER FOR DISABILITY ACCESS

                                                 By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff

1